UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOMIAH WASHINGTON,

       Petitioner,                     Case No. 18-cv-12139
                                                Hon. Matthew F. Leitman

v.

WILLIS CHAPMAN,

       Respondent.
_____/

## JUDGMENT

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on November 18, 2019:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                                    By: s/Holly A. Monda
                                                    Deputy Clerk

Approved:

s/Matthew F. Leitman                          Dated: November 18, 2019
Matthew F. Leitman                              Flint, Michigan
United States District Court